# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00238-CV

### Julie Montgomery, Appellant

### v.

### David Stackhouse, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. 455, 293, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On August 29, 2003, this Court granted appellant's motion to abate the appeal because appellant was uncertain whether the trial court's judgment was final. *See* Tex. R. App. P. 27.2. This Court granted the motion with instructions that appellant was to inform the Court of the status of the appeal by October 1, 2003. Appellant did not do so; on October 31, 2003 we reinstated the appeal and gave appellant an additional thirty days to file her brief. To date, we have not received a brief or any other communication from appellant about the appeal. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Prosecution

Filed:   February 12, 2004